THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Tommy H. Middleton, Appellant,
 v.
 Connery Properties, Inc., Respondent.
 
 
 

Appeal From Charleston County
Mikell R. Scarborough, Master-in-Equity
Memorandum
Opinion No. 2009-MO-036
Heard June 11, 2009  Filed July 13, 2009   
AFFIRMED

 
 
 
 Benjamin 
 Goldberg, of Charleston, for Appellant.
 Kerry 
 Koon, of Charleston, for Respondent.
 
 
 

PER CURIAM:  This
 is a direct appeal from an unsuccessful challenge to a real property delinquent
 tax sale held in Charleston County.  We have carefully reviewed the record, and
 we conclude that the Master-in-Equity correctly found that Charleston County complied with section 12-51-40 of the South Carolina Code (Supp. 2008).  Even
 accepting Appellants non-compliance argument, we find no material violation of
 section 12-51-40 which resulted in any prejudice to Appellant or the owner of
 the property at the time of the delinquency, National Tax Assistance
 Corporation.  See Snelgrove v. Lanham, 298 S.C. 302, 304, 379 S.E.2d
 904, 905 (1989) (recognizing that in order to set aside a tax sale the county
 must commit a material violation of the tax sale statute).  We concur in the
 analysis and conclusions set forth in the order of Judge Scarborough.  We
 affirm pursuant to Rule 220(b)(1), SCACR.
AFFIRMED.
TOAL, C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.